UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ESTATE OF BRUCE A. HAAG, on behalf of itself and others similarly situated,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

CIVIL NO. 01-1725 (DSD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

December 1, 2001 - All motions which seek to amend the pleadings or add parties must be served and filed.

Plaintiff intends to make a Motion to Remand to state court. Defendant intends to present a Motion to Dismiss. The Parties will agree on a briefing schedule. After the District Court has resolved those Motions, the Parties will notify this Court to schedule a pretrial conference, if the matter remains pending in this Court.

Dated: October 29, 2001

JOHN M. MASON
United States Magistrate Judge

Filed OCT 29 2001
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________