UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Estate of Bruce A. Haag, on behalf of itself and others similarly situated,

Plaintiff,

vs.

Hartford Life and Accident Insurance Company,

Defendant.

No. 01-CV-1725 DSD/JMM

**ORDER GRANTING DEFENDANT LEAVE TO SERVE AND FILE AN AMENDED ANSWER**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** that defendant Hartford Life and Accident Insurance Company shall be permitted to amend its answer to plaintiff's complaint to add the affirmative defense of mootness.

BY THE COURT:

Dated: November 16, 2001

Hon. John M. Mason
United States Magistrate Judge

296562- 1

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK