UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1725(DSD/JMM)

Estate of Bruce A. Haag,

Plaintiff,

v.

**ORDER OF REFERENCE**

Hartford Life and Accident Insurance Company,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on plaintiff's motion to remand and defendant's motion to dismiss for lack of subject matter jurisdiction in this matter. Any such motions shall be heard before Magistrate Judge John M. Mason.

Dated: December 18, 2001

David S. Doty, Judge
United States District Court

DEC 1 8
FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials