UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ESTATE OF BRUCE A. HAAG, CIVIL NO. 01-1725 (DSD/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendant.

By Order dated December 18, 2001 [Docket No. 15], District Judge David S. Doty referred Plaintiff's Motion to Remand [Docket No. 6] and Defendant's Motion to Dismiss [Docket No. 11] to the undersigned for a Report and Recommendation.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that a hearing on both motions will be held before the undersigned on January 16, 2002 at 1:30 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. All Motions papers, Responses and Replies shall be served and filed in accordance with Local Rules.

Dated: December 21, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK