UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ESTATE OF BRUCE A. HAAG, CIVIL NO. 01-1725 (DSD/JMM)

Plaintiff,

v. ORDER

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

Defendant.

The above matter came on for hearing before the undersigned on January 16, 2002 upon Defendant's Motion to Dismiss [Docket No. 11] and Plaintiff's Motion to Remand [Docket No. 17]. Daniel B. Honsey, Esq. appeared on behalf of Plaintiff; Eric C. Tostrud, Esq. appeared on behalf of Defendant.

Just prior to the hearing on Defendant's Motion to Dismiss, Defendant wrote a letter to the Court enclosing a Notice of Withdrawal of its Motion to Dismiss [Docket No. 23]. Defendant had not filed a Reply to Plaintiff's Memorandum in Opposition to the Motion to Dismiss, and the Notice of Withdrawal came just a few days prior to the hearing on the Motion to Dismiss, so the Court afforded to Plaintiff the opportunity to object to the withdrawal of the Motion. By letter dated January 18, 2002, Plaintiff advised that it does not oppose the withdrawal of said Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 11] is withdrawn. The Court retains under advisement Plaintiff's Motion to Remand [Docket No. 17].

Dated: February 1, 2002

JOHN M. MASON
United States Magistrate Judge

FEB 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK