UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ESTATE OF BRUCE A. HAAG, CIVIL NO. 01-1725 (DSD/JMM)

Plaintiff,

v. ORDER

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated February 21, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand [Docket No. 17] is granted. This matter may be, and hereby is, remanded to the Minnesota District Court, First Judicial District.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 14, 2002

DAVID S. DOTY
U.S. District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2002
DEPUTY CLERK